AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**STEVEN S. BROWN,**
    **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**EDWIN C. VOORHIES,**     **CASE NO. C2-07-014**
    **Respondent.**     **JUDGE EDMUND A. SARGUS, JR.**
    **MAGISTRATE JUDGE NORAH MCCANN KING**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed January 26, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: January 26, 2009     JAMES BONINI, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk